DAWSON *v.* MARKS, Treasurer, ET AL.

APPEAL from the Tippecanoe Circuit Court.

WORDEN, C. J.—The judgment in this case must be affirmed, for the reasons given in the case of *Marks* v. *The Trustees of Purdue University*, 37 Ind. 155, the questions involved in both cases being the same.

The judgment below is affirmed, with costs.

*S. A. Huff, B. W. Langdon, J. S. Pettit,* and *J. Hughes,* for appellant.

*J. A. Stein, J. R. Coffroth, T. B. Ward, H. W. Chase, J. A. Wilstach, G. O. Behm,* and *A. O. Behm,* for appellees.